UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Dorothy M. Carter,

        Plaintiff,

vs.                         Case No.  2:06-cv-212-FtM-99DNF

Premier Restaurant Management; The Hartford; Servicing Agents; Mcconnaughhay, Duffy, Coonrod, Pope & Weaver, Pa; Department of Labor and Employment Security; City of Arcadia Police Department; City of Arcadia Fire Department; City of Arcadia Water Department; Bruce L. Collins; DeSoto County Sheriff's Department; State Attorney; DeSoto Memorial Hospital; Florida Hospital; Associates of Bruce L. Scheiner; Goldberg, Racila, Sico & Noone; Vincent Luciente Associates; Timothy Wayne Rogers; Anthony J. Shydohub;Community Care Family Clinic; Public Service Commission; Sprint Communications, Inc.; Mike Rodgers; Smoke Signal Communications; Eckerd Drug Stores; EEOC; U.S. Postal Inspectors; Clerk of Court 12th Judicial Circuit; David K. Oliveria; Elizabeth Warren; Florida Power & Light; Bon Secours-St. Joseph's Hospital; Robert Buccholz; AT&T; McLeod USA; John T. Hall; Fawcett Memorial Hospital; U.S. Department of Health & Human Services; Turner, Bodie & Patterson, PA; Lon Arend; Victor M. Arias; Lawrence Bachle; Kenneth Berdick; Charlotte Regional Medical Center; James A. Coker; Iris M. Dubois; Susan L. Fara; Florida Bar Association; Johnny Fugate; Sheryl L. Loesch; Lusk, Drasites & Tolisano, PA; Manatee Rural Healthcare; Keith A. Mann; Agency for Health Care Administration; Division of Administrative

Hearings;Division of Financial Services; Department of Children and Family Services; U.S. Postal Services; Division of Worker's Compensation; Division of Insurance Fraud; Second Chance Phone; Social Security Administration; Mann Enployer's Group; Department of Health; Mitzie McGavic

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #13), filed August 10, 2006, recommending that the request to proceed *in forma pauperis* and for an appointment of counsel be denied, and the case be dismissed. On August 23, 2006, plaintiff filed an Emergency Motion for Injunction and Restraining Order and Motion to Strike Report and Recommendation of Magistrate Douglas N. Frazier (Doc. #16). The motions were denied and to the extent that plaintiff objected to the Report and Recommendation, the motions were construed as objections and taken under advisement.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the

court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation and objections thereto, the Court accepts the Report and Recommendation of the magistrate judge and overrules the objections.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #130 is hereby **accepted** and **adopted** and the Pauperis Petition and Motion for the Appointment of Counsel (Doc. #11) are **DENIED**. Pursuant to the adoption of the Report and Recommendation, the case is dismissed without prejudice for failure to state a claim.

2. The Clerk shall enter judgment dismissing the case without prejudice for failure to state a claim, terminate all deadlines as moot, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this ___28th___ day of August, 2006.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties

DCCD